Date/Time Printed: 10-16-2023 08:46:15   Revised: 07/16

| CRIMINAL COMPLAINT DEFENDANT COPY | DOCKET NUMBER 2343CR001719 | NO. OF COUNTS 3 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| **DEFENDANT NAME & ADDRESS** Matthew Davila 97 Holly St Apt 2R Indian Orchard, MA 01151 | | | **COURT NAME & ADDRESS** Palmer District Court 235 Sykes Street - Suite 3 Palmer, MA 01069 (413)283-8916 |

| DEFENDANT DOB 02/03/1977 | COMPLAINT ISSUED 10/16/2023 | DATE OF OFFENSE 10/14/2023 | ARREST DATE 10/14/2023 | |
|---|---|---|---|---|
| OFFENSE CITY / TOWN Wilbraham | OFFENSE ADDRESS 120 Old Boston Rd , Wilbraham Ma | | | NEXT EVENT DATE & TIME 10/16/2023 08:30 AM |
| POLICE DEPARTMENT Wilbraham PD | POLICE INCIDENT NUMBER 23WIL-314-AR | | | NEXT SCHEDULED EVENT Arraignment |
| OBTN TWIL202300314 | PCF NUMBER 2665177 | DEFENDANT XREF ID 6670321 | | ROOM / SESSION Administrative Session |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date(s) indicated below the defendant committed the offense(s) listed below and on any attached pages.

| COUNT | CODE | DESCRIPTION |
|---|---|---|
| 1 | 90/23/D | **LICENSE SUSPENDED, OP MV WITH c90 §23** |

On 10/14/2023 did operate a motor vehicle after his or her license or right to operate a motor vehicle without a license had been suspended or revoked, or after notice of such suspension or revocation had been issued by the Registrar of Motor Vehicles and received by the defendant or by his or her agent or employer, and prior to the restoration of such license or right to operate or the issuance to him or her of a new license to operate, in violation of G.L. c.90, §23.

PENALTY: imprisonment not more than 10 days; or not less than $500, not more than $1000 fine; or both; and RMV shall suspend or revoke license for an additional 60 days. PENALTY if defendant has no prior conviction or finding of responsible, delinquency or sufficient facts to support a conviction for operating after suspension: not more than $500 fine.

| 2 | 90/20/A | **SAFETY STANDARDS, MV NOT MEETING RMV * c90 §7A & §20** |

NOTE: THIS IS A CIVIL MV INFRACTION, SET FORTH HERE FOR PROCEDURAL PURPOSES ONLY. On 10/14/2023 did operate, or did own or permit to be operated, a motor vehicle or trailer that failed to meet the safety standards established pursuant to G.L. c.90, §7A by a regulation of the Registrar of Motor Vehicles, 540 Code Mass. Regs. §4.04, in violation of such regulation and G.L. c.90, §20. (CIVIL ASSESSMENT from §20: $25.)

| 3 | 90/25/A | **IDENTIFY SELF, MV OPERATOR REFUSE c90 §25** |

On 10/14/2023, while operating or in charge of a motor vehicle, did refuse, when requested by a police officer, to give his or her name and address or the name and address of the owner of such vehicle, or did give a false name or address, in violation of G.L. c.90, §25.

PENALTY: $100.

| SIGNATURE OF COMPLAINANT X | SWORN TO BEFORE CLERK-MAGISTRATE/ASST.CLERK/DEP. ASST. CLERK X | | DATE |
|---|---|---|---|
| NAME OF COMPLAINANT | A TRUE COPY ATTEST | CLERK-MAGISTRATE/ ASST. CLERK X | DATE |

**Notice to Defendant:** *42 U.S.C. § 3796gg-4(e) requires this notice: If you are convicted of a misdemeanor crime of domestic violence you may be prohibited permanently from purchasing and/or possessing a firearm and/or ammunition pursuant to 18 U.S.C. § 922 (g) (9) and other applicable related Federal, State, or local laws.*

| STATEMENT OF FACTS IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. *(court use only)* | PAGE 1 OF 2 | Trial Court of Massachusetts District Court Department  |
|---|---|---|---|
| The undersigned alleges the following as a ☐ full or ☐ partial statement of the factual basis for the offense(s) for which a criminal complaint is sought. | | | COURT DIVISION PALMER DIST. COURT 234 SYKES ST PALMER, MA. 01069 |

The following is a statement of facts so as to establish probable cause. A full police report either has or will be prepared.

1. On Saturday, 10/14/23, at approximately 13:37 hours Ofc Justin Wall was monitoring traffic in front of 120 Old Boston Rd. Old Boston Rd is a public way in the Town of Wilbraham. Ofc Wall observed a gray Honda, MA 4NYS17, travelling west bound. Ofc Wall observed that the vehicle had a red R on the inspection sticker indicating the vehicle failed to meet safety standards set by the RMV. Ofc Wall activated his emergency lights and stopped the vehicle on Stony Hill Rd near the intersection with River Rd.

2. Ofc Wall identified himself and informed the operator he was being audio and video recorded. Ofc Wall asked the operator, later identified as Matthew Davila, for his license and registration. Davila searched around the vehicle and located a copied piece of paper that had his photo on it. The document made reference to "Unity ofWashita" and identified him as Sharif Sayyid El-Bey. During the conversation Davila identitifed also verbally identified himself as Sharif Bey. Ofc Wall asked Davila what his birth date was. Davila responded 2/3/77. Ofc Wall asked Davila for his social security number. Davila said that he did not have one.

3. Ofc Wall checked the in house records for the registered owner of the vehicle, Christine Nieves. Ofc Wall observed that Nieves was listed as the owner of a vehicle in which Davila was the operator and at that time he was

*(Use additional sheets if necessary)*

| PRINTED NAME | SIGNATURE X | I AM A: ☒ LAW ENFORCEMENT OFFICER ☐ CIVILIAN COMPLAINANT OR WITNESS | DATE SIGNED |
|---|---|---|---|

ADDITIONAL FACTS FOUND BY CLERK-MAGISTRATE / ASST. CLERK / JUDGE BASED ON ORAL TESTIMONY

| REMARKS | SIGNATURE OF CLERK-MAGISTRATE / ASST.CLERK / JUDGE X | | DATE SIGNED |
|---|---|---|---|

DC-CR-34 (7/04)

| STATEMENT OF FACTS<br>IN SUPPORT OF<br>APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (court use only) | PAGE<br>2 OF 2 | Trial Court of Massachusetts<br>District Court Department  |
|---|---|---|---|
| The undersigned alleges the following as a ☐ full or ☐ partial statement of the factual basis for the offense(s) for which a criminal complaint is sought. | | COURT DIVISION<br>PALMER DIST. COURT<br>234 SYKES ST<br>PALMER, MA. 01069 | |

arrested by the Wilbraham Police for operating with a suspended license and refusing to identify himself (Refer to 17-466-AR). Ofc Wall conducted a query Davila's license. Ofc Wall learned that Davila's MA license was suspended. Ofc Wall also observed that during the prior encounter Davila had provided the alias of Sharif El-Bey. Captain Shawn Baldwin arrived to assist.

4. Ofc Wall asked Davila about the name on the MA license. Davila claimed that no longer existed and had been expunged. Davila was advised that he was being placed under arrest for operating with a suspended license and refusal to identify himself.

5. Davila was issued Citation 229558AC.

MATTHEW DAVILA was charged with:

1) MGL c90 s23: Operating a motor vehicle with a suspended license

2) MGL c90 s20: Operating a vehicle that fails to meet safety standards

3) MGL c90 s25: Operator refusing to identify self

(Use additional sheets if necessary)

| PRINTED NAME<br>Justin Wall | SIGNATURE<br>X Just Wall #102 | I AM A:<br>☒ LAW ENFORCEMENT OFFICER<br>☐ CIVILIAN COMPLAINANT OR WITNESS | DATE SIGNED<br>10/14/23 |
|---|---|---|---|

ADDITIONAL FACTS FOUND BY CLERK-MAGISTRATE / ASST. CLERK / JUDGE BASED ON ORAL TESTIMONY

| REMARKS | SIGNATURE OF CLERK-MAGISTRATE / ASST.CLERK / JUDGE<br>X | | DATE SIGNED |
|---|---|---|---|

DC-CR-34 (7/04)

Copy

# MASSACHUSETTS UNIFORM CITATION

**Citation No:** 229558AC

| DATE WRITTEN (MM/DD/YY) | AGENCY CODE | OFFICER I.D. NUMBER | COURT CODE | TYPE OF VIOLATOR |
|---|---|---|---|---|
| 10/14/23 | WIL | 122 | 043 | ■ OPERATOR ☐ OWNER ☐ PASSENGER ☐ BICYCLIST |

**VIOLATOR**

| MOTOR VEHICLE LICENSE NO. OF VIOLATOR | STATE | CLASS | CDL LICENSE | RACE | SEX | NON-INVENTORY MV SEARCH |
|---|---|---|---|---|---|---|
| S82438778 | MA | D | ☐YES ■NO | B | M | ☐YES ■NO |

| VIOLATOR NAME (LAST) | (FIRST) | (INITIAL) | BIRTH DATE (MM/DD/YY) |
|---|---|---|---|
| DAVILA | MATTHEW | EDWARD | 02/03/77 |

| ADDRESS | CITY/TOWN | STATE | ZIP |
|---|---|---|---|
| 97 HOLLY ST APT 2R | INDIAN ORCHARD | MA | 01151-1461 |

**MV**

| PLATE TYPE | VEHICLE REGISTRATION NO. | STATE | YEAR | MAKE AND TYPE | COLOR | CDL VEHICLE | 16+ PASSENGERS | PLACARDED HAZMAT |
|---|---|---|---|---|---|---|---|---|
| PAN | 4NYS17 | MA | 2002 | HOND/CIVIC | GRY | ☐YES ■NO | ☐YES ■NO | ☐YES ■NO |

| OFFENSE DATE (MM/DD/YY) | LOCATION OF OFFENSE | TIME OF OFFENSE | CRASH |
|---|---|---|---|
| 10/14/23 | 120 OLD BOSTON RD, W/B, WILBRAHAM, MA | 01:37 ☐AM ■PM | ☐YES ■NO |

**OFFENSES**

| | CHAP/SEC/SUB | DESCRIPTION OF OFFENSE | ASSESSMENT |
|---|---|---|---|
| A | 90/23/D | CRIMINAL LICENSE SUSPENDED, OP MV WITH C90 S23 | $ |
| B | 90/20/A | WARNING SAFETY STANDARDS, MV NOT MEETING RMV * C90 S7A & S20 | $ |
| C | 90/25/A | CRIMINAL IDENTIFY SELF, MV OPERATOR REFUSE C90 S25 | $ |
| D | SPEEDING | MPH IN A ___ MPH ZONE  ☐POSTED ☐NOT POSTED ☐LIDAR ☐CLOCKED ☐RADAR ☐ESTIMATED | $ |

NOTICE TO VIOLATOR
SEE BELOW FOR INSTRUCTIONS

SPEEDING ASSESSMENTS INCLUDE A $50 HEAD INJURY SURCHARGE AND VIOLATIONS OF M.G.L. CHAPTER 89 AND 90 INCLUDE A $5 SURCHARGE FOR THE PUBLIC SAFETY TRAINING FUND

**TOTAL DUE:** $

| CITATION TYPE | ☐ ALL CIVIL INFRACTIONS ☐ CRIMINAL APPLICATION ■ ARREST ☐ WARNING |
|---|---|

| OFFICER CERTIFIES | ■ IN HAND TO VIOL. ☐ MAILED TO VIOL. ☐ IN HAND TO VIOLATOR'S AGENT |
|---|---|

OFFICER CERTIFIES THAT THIS CITATION WAS ISSUED ON THE DATE WRITTEN TO THE NAMED VIOLATOR

■ /s/ WALL, JUSTIN
OFFICER ELECTRONIC SIGNATURE

AGENT NAME:
AGENT'S LICENSE NUMBER & STATE:

**COURT ADDRESS**
PALMER DISTRICT COURT
234 SYKES STREET
SUITE 3
PALMER, MA 01069
(413) 283-8916

**FOLLOW OFFICERS INSTRUCTIONS (ARREST)**

| CRIMINAL DOCKET | DOCKET NUMBER 2343CR001719 | NO. OF COUNTS 3 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| DEFENDANT NAME AND ADDRESS Matthew Davila 97 Holly St Apt 2R Indian Orchard, MA 01151 | DOB 02/03/1977 DATE COMPLAINT ISSUED 10/16/2023 PRECOMPLAINT ARREST DATE 10/14/2023 | GENDER Male | COURT NAME & ADDRESS Palmer District Court 235 Sykes Street - Suite 3 Palmer, MA 01069 INTERPRETER REQUIRED |

### FIRST FIVE OFFENSE COUNTS

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 90/23/D | LICENSE SUSPENDED, OP MV WITH c90 §23 | 10/14/2023 |
| 2 | 90/20/A | SAFETY STANDARDS, MV NOT MEETING RMV * c90 §7A & §20 | 10/14/2023 |
| 3 | 90/25/A | IDENTIFY SELF, MV OPERATOR REFUSE c90 §25 | 10/14/2023 |

| DEFENSE ATTORNEY | | OFFENSE CITY/TOWN Wilbraham | POLICE DEPARTMENT Wilbraham PD |
|---|---|---|---|

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED |
|---|---|---|---|
| 10/16/23 Freeman J | ☐ Attorney appointed (SJC R. 3:10) ☐ Atty denied & Deft. Advised per 211 D §2A Waiver of Counsel found after colloquy Terms of release set: ☒ PR ☐ Bail ☐ See Docket for special condition ☐ Held (276 §58A) | | Counsel Fee (211D § 2A¶2) $ ☐ WAIVED Counsel Contribution (211D § 2) $ ☐ WAIVED Default Warrant Fee (276 § 30¶1) $ ☐ WAIVED Default Warrant Arrest Fee (276 § 30 ¶2) $ ☐ WAIVED |
| 10/16/23 Freeman J | Arraigned and advised: ☒ Potential of bail revocation (276 §58B) ☐ Right to bail to review (276 §58) ☐ Right to drug exam (111E § 10) ☐ Inquiry made by Court under 276 § 56A Abuse Allegation: ☐ C276 § 56A form filed by Commonwealth ☐ Allegation of abuse under C276 § 56A found ☐ No allegation of abuse under C276 § 56A found | | Probation Supervision Fee (276 § 87A) $ ☐ WAIVED Bail Order Forfeited Advised of right to jury trial: ☐ Waiver of jury found after colloquy ☐ Does not waive Advised of trial rights as pro se (Dist. Ct. Supp.R.4) Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) |

### SCHEDULING HISTORY

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/ STOP |
|---|---|---|---|---|---|
| 1 | 10/16/2023 | Arraignment | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 2 | 12/27/23 | PTH | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 3 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 4 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 5 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 6 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 7 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 8 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 9 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 10 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |

**APPROVED ABBREVIATIONS**
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK X | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|

Date/Time Printed: 10-16-2023 08:46:15                   2343CR001719                   Revised: 07/16

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME<br>Matthew Davila | DOCKET NUMBER<br>2343CR001719 |
|---|---|---|

**COUNT / OFFENSE**
**1   LICENSE SUSPENDED, OP MV WITH c90 §23**

DISPOSITION DATE AND JUDGE

**DISPOSITION METHOD**
☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
☐ Bench Trial
☐ Jury Trial
☐ Dismissed upon:
　☐ Request of Commonwealth ☐ Request of Victim
　☐ Request of Defendant ☐ Failure to prosecute
　☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
　☐ Risk/Need or OUI   ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

**FINDING**
☐ Guilty　☐ Not Guilty
☐ Responsible　☐ Not Responsible
☐ Probable Cause　☐ No Probable Cause

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
☐ Sentence or disposition revoked (see cont'd page)

JUDGE　DATE

---

**COUNT / OFFENSE**
**2   SAFETY STANDARDS, MV NOT MEETING RMV * c90 §7A & §20**

DISPOSITION DATE AND JUDGE

**DISPOSITION METHOD**
☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
☐ Bench Trial
☐ Jury Trial
☐ Dismissed upon:
　☐ Request of Commonwealth ☐ Request of Victim
　☐ Request of Defendant ☐ Failure to prosecute
　☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
　☐ Risk/Need or OUI   ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

**FINDING**
☐ Guilty　☐ Not Guilty
☐ Responsible　☐ Not Responsible
☐ Probable Cause　☐ No Probable Cause

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
☐ Sentence or disposition revoked (see cont'd page)

JUDGE　DATE

---

**COUNT / OFFENSE**
**3   IDENTIFY SELF, MV OPERATOR REFUSE c90 §25**

DISPOSITION DATE AND JUDGE

**DISPOSITION METHOD**
☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
☐ Bench Trial
☐ Jury Trial
☐ Dismissed upon:
　☐ Request of Commonwealth ☐ Request of Victim
　☐ Request of Defendant ☐ Failure to prosecute
　Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
　☐ Risk/Need or OUI   ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

**FINDING**
☐ Guilty　☐ Not Guilty
☐ Responsible　☐ Not Responsible
☐ Probable Cause　☐ No Probable Cause

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
☐ Sentence or disposition revoked (see cont'd page)

JUDGE　DATE

---

Date/Time Printed: 10-16-2023 08:46:15　　2343CR001719　　Revised: 07/16

| CRIMINAL DOCKET DOCKET ENTRIES | DEFENDANT NAME Matthew Davila | DOCKET NUMBER 2343CR001719 |
|---|---|---|
| **DATE** | **DOCKET ENTRIES** | |
| 10/14/23 | Defendant posted Bail of $500- | |
| 10/16/23 | ∆ answered Sessions clerks call as Matthew Davila. After arraignment ∆ stated they did not go by Matthew Davila. ∆ unable to sign waiver of cansl due to identity issue. | |
| 11/27/23 | ∆ filed Affidavit of fact, Quo Warranto + Information | |

APPROVED ABBREVIATIONS
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

Date/Time Printed: 10-16-2023 08:46:15                    2343CR001719                    Revised: 07/16

COPY

# MASSACHUSETTS UNIFORM CITATION

**229558AC**

| DATE WRITTEN (MM/DD/YY) | AGENCY CODE | OFFICER I.D. NUMBER | COURT CODE | TYPE OF VIOLATOR |
|---|---|---|---|---|
| 10 14 23 | WIL | 122 | 043 | ■ OPERATOR  □ OWNER  □ PASSENGER  □ BICYCLIST |

**VIOLATOR**

| MOTOR VEHICLE LICENSE NO. OF VIOLATOR | STATE | CLASS | CDL LICENSE | RACE | SEX | NON-INVENTORY MV SEARCH |
|---|---|---|---|---|---|---|
| S82438778 | MA | D | □YES ■NO | B | M | □YES ■NO  CODE |

| VIOLATOR NAME (LAST) | (FIRST) | (INITIAL) | BIRTH DATE (MM/DD/YY) |
|---|---|---|---|
| DAVILA | MATTHEW | EDWARD | 02 03 77 |

| ADDRESS | CITY / TOWN | STATE | ZIP |
|---|---|---|---|
| 97 HOLLY ST APT 2R | INDIAN ORCHARD | MA | 01151-1461 |

**MV**

| PLATE TYPE | VEHICLE REGISTRATION NO. | STATE | YEAR | MAKE AND TYPE | COLOR | CDL VEHICLE | 16+ PASSENGERS | PLACARDED HAZMAT |
|---|---|---|---|---|---|---|---|---|
| PAN | 4NYS17 | MA | 2002 | HOND/CIVIC | GRY | □YES ■NO | □YES ■NO | □YES ■NO |

| OFFENSE DATE (MM/DD/YY) | LOCATION OF OFFENSE (include #, st, hwy, city or town) | TIME OF OFFENSE | CRASH |
|---|---|---|---|
| 10 14 23 | 120 OLD BOSTON RD, W/B, WILBRAHAM, MA | 01:37 □AM ■PM | □YES ■NO |

**OFFENSE(S)**

| | CHAP/SEC/SUB | DESCRIPTION OF OFFENSE | ASSESSMENT |
|---|---|---|---|
| A. | 90/23/D | CRIMINAL LICENSE SUSPENDED, OP MV WITH C90 §23 | $ |
| B. | 90/20/A | WARNING SAFETY STANDARDS, MV NOT MEETING RMV * C90 §7A & §20 | $ |
| C. | 90/25/A | CRIMINAL IDENTIFY SELF, MV OPERATOR REFUSE C90 §25 | $ |
| D. SPEEDING | | MPH IN A ___ MPH ___ ZONE   □POSTED □NOT POSTED □LIDAR   □CLOCKED □RADAR □ESTIMATED | $ |

**NOTICE TO VIOLATOR SEE BELOW FOR INSTRUCTIONS**

SPEEDING ASSESSMENTS INCLUDE A $50 HEAD INJURY SURCHARGE AND VIOLATIONS OF M.G.L. CHAPTER 89 AND 90 INCLUDE A $5 SURCHARGE FOR THE PUBLIC SAFETY TRAINING FUND

TOTAL DUE $

| CITATION TYPE | □ ALL CIVIL INFRACTIONS | □ CRIMINAL APPLICATION | ■ ARREST | □ WARNING |
|---|---|---|---|---|

| OFFICER CERTIFIES | ■ IN HAND TO VIOL. | □ MAILED TO VIOL. | □ IN HAND TO VIOLATOR'S AGENT |
|---|---|---|---|

OFFICER CERTIFIES THAT THIS CITATION WAS ISSUED ON THE DATE WRITTEN TO THE NAMED VIOLATOR

AGENT NAME

■ /s/ WALL, JUSTIN
OFFICER ELECTRONIC SIGNATURE

AGENT'S LICENSE NUMBER & STATE

**COURT ADDRESS**
PALMER DISTRICT COURT
234 SYKES STREET
SUITE 3
PALMER, MA 01069
(413) 283-8916

**FOLLOW OFFICERS INSTRUCTIONS (ARREST)**